**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON DELEON, ANA CARRACA-DELEON,
ARIELA ROSA MORI-GEHRING, and
WALTER GEHRING,

                       Plaintiffs,

    -against-

Douglas Dunaway as Administrator of Maria Louise
Dunaway, DOUGLAS DUNAWAY, and MICHAEL
DUNAWAY,

                       Defendants.

Case No.: 7:22-cv-06039 (NSR)

**NOTICE OF MOTION**

---

    **PLEASE TAKE NOTICE** that Plaintiffs respectfully move this Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for an Order granting Plaintiffs leave to file an Amended Complaint in the form attached as Exhibit A to the accompanying Declaration of Brian S. Cohen, Esq.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's January 26, 2024 Memorandum Endorsement, opposition papers are to be served on April 10, 2024 and Plaintiffs' reply papers are to be served on May 1, 2024.

Dated: New York, NY
       March 11, 2024

**LACHTMAN, COHEN &
BELOWICH, P.C**.

*/s/ Brian S. Cohen*
Brian S. Cohen (BC-2091)
Joanna Sandolo (JS-9187)
245 Main Street | Suite 230
White Plains, NY 10601
Tel: (914) 893-4720
Email: bcohen@lcb-law.com
Email: jsandolo@lcb-law.com
**Attorneys for Plaintiffs**

TO:    Michele M. Bonsignore, Esq.
11-44 Jackson Avenue
Scarsdale, NY 10583
Bonsignoreesq@aol.com
**Attorney for Douglas Dunaway and Douglas Dunaway as Administrator for Maria Dunaway**

Michael Dunaway
44 Sylvan Road
Port Chester, NY 10543
**Pro Se**

**In light of Plaintiffs' letter dated June 5, 2024 (ECF No. 73), Plaintiffs' request to file an Amended Complaint is GRANTED. Plaintiffs are directed to file their Amended Complaint on or before August 12, 2024. The Clerk of Court is directed to terminate the motion at ECF No. 71. The Clerk of the Court is further directed to mail a copy of this memorandum endorsement to pro se Defendant Michael Dunaway at the address listed on ECF and to show service on the docket.**

SO ORDERED:

**Dated: August 5, 2024
       White Plains, NY**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2