

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/6/2025

**MEMO ENDORSED** (see p. 2)

October 1, 2025

<u>Via ECF and Fax</u>

Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

   Re: *DeLeon et al. v. Dunaway et al.* | Case No. 7:22-cv-06039-NSR [rel. 25 Civ. 261]

Dear Judge Román:

  We represent the Plaintiffs in the above-referenced matter. We write to respectfully request that the Court: (1) enter an Order directing Defendant Michael Dunaway to file an Answer to Plaintiff's Amended Complaint no later than October 14, 2025; (2) enter the attached proposed Case Management Plan and Scheduling Order; and (3) schedule an initial pretrial conference for this case and the related civil action (25 Civ. 261), which contains significantly overlapping allegations (the "Government Action").

  Plaintiffs commenced this action against Douglas Dunaway, Maria Louise Dunaway and Michael Dunaway on July 15, 2022. *See* Dkt. No. 1. Shortly thereafter, Maria Louise Dunaway passed away, and the Estate of Maria Louise Dunaway was subsequently substituted for Ms. Dunaway as party. *See* Dkt. 48.

  On September 14, 2022, Defendants Douglas Dunaway and Michael Dunaway filed their respective Answers to the Complaint. *See* Dkt. Nos. 27 & 28. On August 13, 2024, following a motion for leave to file an amended complaint, Plaintiffs filed their Amended Complaint in this action. *See* Dkt. No. 76. Defendants' Answers to the Amended Complaint were initially due to be filed by September 20, 2024. On November 14, 2024, Douglas Dunaway, individually and as Administrator of the Estate of Maria Louise Dunaway, filed an Answer to the Amended Complaint. *See* Dkt. No. 82.

  On August 13, 2025, Michael Dunaway filed a request for an extension of time to find an attorney. *See* Dkt. No. 87. The Court granted his request and provided him until September 18, 2025 to find an attorney. *See* Dkt. No. 88. On September 18, 2025, Michael Dunaway again wrote to the Court requesting another extension of time to find an attorney. *See* Dkt. No. 89. By Memo Endorsement dated September 22, 2025, the Court denied this request, noting that further delay will unnecessarily delay the progress of this action. *See* Dkt. No. 90. Further, the Court directed



that Michael Dunaway file his answer to the Complaint in the Government Action no later than October 14, 2025. *See id*.

    Plaintiffs similarly request that the Court issue an Order directing Defendant Michael Dunaway to file an Answer to the Amended Complaint no later than October 14, 2025. Further, in order to avoid any further delay in this case and the Government Action, Plaintiffs request that the Court enter the attached Case Management Plan and Scheduling Order and set an initial pretrial conference for this case and the Government Action. As set forth in counsel for the Government's letter dated September 26, 2025 [25 Civ. 261, Dkt. 15], the Government informed the Defendants of the proposed schedule by letter dated September 19, 2025, and have received no response or objection thereto.

    We appreciate the Court's continued attention to this matter.

Respectfully submitted,

**LACHTMAN COHEN & BELOWICH LLP**

*/s/ Joanna Sandolo*
Joanna Sandolo

cc:    Brian S. Cohen, Esq.
       Christine Poscablo, Esq. (counsel for Plaintiff in 25 Civ. 261)
       Counsel for Douglas Dunaway (via ECF)
       Michael Dunaway, *pro se* (via U.S. Mail)

> **The Court is in receipt of Plaintiffs' letter dated October 1, 2025 seeking various forms of relief. On September 22, 2025, pro se Defendant Michael Dunaway was instructed to answer or otherwise respond to Plaintiffs' complaint by October 14, 2025 (ECF No. 90). As of today, November 5, 2025, Defendant Michael Dunaway has failed to answer or otherwise respond. Accordingly, Plaintiffs' remedy is to proceed by way of default as against Defendant Michael Dunaway due to his failure to answer or otherwise respond to the amended complaint. Plaintiffs' application seeking the scheduling of an initial conference and commencement of discovery is granted, although the Court waives the initial conference and directs the parties to meet and confer and to submit a proposed joint Case Management Plan and Scheduling Order (CMP) on or before November 19, 2025 at 12:00pm noon. If the parties are unable to reach a consensus, each party is to timely submit a separate CMP for the Court's consideration. The Clerk of Court is directed to terminate the motion at ECF No. 91 and to mail a copy of this endorsement to pro se Defendant Michael Dunaway at his address as it is listed on ECF and to show proof of service on the docket.**

**Dated: November 6, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT                          Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

    JASON DELEON, et al.

                                        **CIVIL CASE DISCOVERY PLAN**
                   Plaintiff(s),     **AND SCHEDULING ORDER**

    - against -

    DOUGLAS DUNAWAY, et al,   Defendant(s).    22 CV 6039 (NSR)

-------------------------------------------------------------x

    This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] **[do not consent]** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.(If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case **[is]** [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by October 28, 2025.

4. Amended pleadings may be filed until October 23, 2025.

5. Interrogatories shall be served no later than October 30, 2025, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **[shall]** [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than October 30, 2025.

7. Non-expert depositions shall be completed by January 30, 2026.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, ~~including expert interrogatories~~*, shall be served no later than <u>December 30, 2025</u>.

9. Requests to Admit, if any, shall be served no later than <u>December 30, 2025.</u>

10. Expert reports shall be served no later than* <u>see below</u>.

11. Rebuttal expert reports shall be served no later than* <u>see below</u>.

12. Expert depositions shall be completed by* <u>see below</u>.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** <u>TBD</u>.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. <u>Judith C. McCarthy</u>.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

* Expert discovery may not be necessary in this matter. Plaintiffs propose that the parties submit a status report to the Court on or before January 15, 2026, indicating whether expert discovery will be necessary and, if so, a proposed schedule.

SO ORDERED.

Dated: White Plains, New York

_____

_____
Nelson S. Román, U.S. District Judge