UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JASON DELEON, *et al.*,

                                        Plaintiffs,                    **ORDER**

                    -against-                                          22 Civ. 6039 (NSR)(JCM)

DOUGLAS DUNAWAY, *et al.*,

                                        Defendants.
-------------------------------------------------------------------X

On June 5, 2026, pursuant to the Court's May 15, 2026 directive, (Docket No. 111),

counsel for Defendants confirmed that she will continue to represent Defendants. (Docket No.

112). Thus, counsel are directed to meet and confer regarding the discovery schedule and submit

a proposed Second Amended Civil Case Discovery Plan to the Court by June 26, 2026.

Dated: June 8, 2026
       White Plains, New York

                                                        **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge